UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

JUL - 2 2014

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　)
　　　　　　　　　　　　　　　　　)　No.
vs.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　**S1-4:14CR00093 SNLJ/SPM**
　　　　　　　　　　　　　　　　　)
TODD SCOTT,　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant.　　　　)

## SUPERSEDING INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about November 11, 2013, in St. Louis City, in the Eastern District of Missouri,

**TODD SCOTT,**

the defendant, having been convicted previously of a felony crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess a firearm, to wit: a .45 caliber Kimber semiautomatic pistol bearing serial number KR101683, said firearm having previously traveled in interstate or foreign commerce.

In violation of Title 18 United States Code, Section 922(g)(1).

### COUNT II

The Grand Jury further charges that:

On or about November 11, 2013, in St. Louis City, in the Eastern District of Missouri,

**TODD SCOTT,**

the defendant, did possess with the intent to distribute in excess of fifty grams of a mixture or substance containing methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code Section 841(a)(1) and punishable under Title 21, United States Code Section 841(b)(1)(B).

## COUNT III

The Grand Jury further charges that:

On or about November 11, 2013, in St. Louis City, in the Eastern District of Missouri, the defendant,

**TODD SCOTT,**

during and in relation to the drug trafficking crime set forth in Count II, used and carried a firearm, to wit: a .45 caliber Kimber semiautomatic pistol bearing serial number KR101683.

In violation of Title 18, United States Code, Sections 924(c)(1).

## COUNT IV

The Grand Jury further charges that:

On or about November 12, 2013, in St. Louis City within the Eastern District of Missouri,

**TODD SCOTT,**

the defendant herein, did possess with the intent to distribute a detectable quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code Section 841(a)(1) and punishable under Title 21, United States Code Section 841(b)(1)(C).

## COUNT V

The Grand Jury further charges that:

On or about November 12, 2013, in St. Louis City within the Eastern District of Missouri,

**TODD SCOTT,**

the defendant herein, having sustained a conviction punishable by more than one year

imprisonments under the laws of the United States, did knowingly possess a firearm, to wit: a Forjas Taurus, S.A. .38 special caliber revolver bearing serial number 1210147 (defaced), said firearm having previously traveled in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT VI

The Grand Jury further charges that:

On or about November 12, 2013, in St. Louis City within the Eastern District of Missouri,

**TODD SCOTT,**

the defendant herein, during and in relation to the drug trafficking crime set forth at Count IV, used and carried a firearm, to wit: a Forjas Taurus, S.A. .38 special caliber revolver bearing serial number 1210147 (defaced).

In violation of Title 18, United States Code Section 924(c).

## COUNT VII

The Grand Jury further charges that:

On or about November 12, 2013, in St. Louis City within the Eastern District of Missouri,

**TODD SCOTT,**

the defendant herein, knowingly possessed a firearm the serial number of which had been altered and obliterated, to wit: a Forjas Taurus, S.A. .38 special caliber revolver bearing serial number 1210147 (defaced), such firearm having previously traveled in interstate commerce.

In violation of Title 18, United States Code Section 922(k).

## COUNT VIII

The Grand Jury further charges that:

On or about January 23, 2014, in St. Louis City within the Eastern District of Missouri,

**TODD SCOTT,**

the defendant herein, having sustained a conviction punishable by more than one year imprisonments under the laws of the United States, did knowingly possess firearms, to wit: (1) a Kahr 9 millimeter semi-automatic pistol bearing serial number ED4388 and (2) a Rohr .22 LR caliber revolver bearing serial number 129966, said firearms having previously traveled in interstate and foreign commerce.

In violation of Title 18, United States Code Section 922(g)(1).

## COUNT IX

The Grand Jury further charges that:

On or about January 23, 2014, in St. Louis City within the Eastern District of Missouri,

**TODD SCOTT,**

the defendant herein, while an unlawful user of controlled substances, did knowingly possesses firearms, to wit: (1) a Kahr 9 millimeter semi-automatic pistol bearing serial number ED4388 and (2) a Rohr .22 LR caliber revolver bearing serial number 129966, said firearms having previously traveled in interstate commerce.

In violation of Title 18, United States Code Section 922(g)(3).

A TRUE BILL

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
THOMAS C. ALBUS, #46224MO
Assistant United States Attorney