RECEIVED
AUG 11 2014
BY MAIL

Honorable Judge Mensah,

I would like to thank the Court for it's patience, and tolerance in dealing with me. I apologize for any inconvenience that I may have caused, and wish to assure the Court that every action I have taken was for cause. Nothing I did was intended to waste the Courts time, or create annecessary work.

With the government bringing a Superceding Indictment against me, I now face a possible sentence of 35 years or more. This is very serious time, and I would ask for a little latitude to put forth the best defense possible. I have tried to work with Mr Vicente, but it is clear to me by his actions (or should I say inaction) that my case is not very important to him. He told me that he doesn't have anyone else on his caseload facing as much time as I am, but then he gives me the least amount of his time.

Every piece of evidence I ask him for, could be a piece that sways the outcome of my suppresion hearing, or ultimately a trial. I am entitled to every piece of evidence that I have asked for, but Mr Vicente is either to busy (with clients facing less time) or he doesn't care about giving me a proper defense. Either way, I don't want to risk losing 35

years of my life on an ineffective counsel.

    In 2011, the court appointed an attorney by the name of Talmadge Newton, with the law firm of Pleban and Petruska, to represent me. I found Mr. Newton to be competent and we had a good working relationship, concerning my case. If the Court would appoint Mr. Newton and his Law Firm to handle my case, I believe I would get a proper defense. Mr Newton is aware, from past association, that I take an active role in my Defense and I believe that he would work with me for a positive outcome.

    I thank the Court for its time and any help that it can give me. Again, 35 years is serious time, that deserves serious effort, and hopefully a little latitude. Sorry again for any inconvenience.

August 6, 2014

Sincerely,
Todd Scott
#5 Basler Dr.
Ste Genevieve, MO.
63670

Todd Scott

Todd Scott
#5 Basler Dr.
Ste Genevieve, MO
63670

**RECEIVED**
AUG 11 2014
**BY MAIL**

Mailed from
Ste. Genevieve County
Detention Center

SAINT LOUIS MO 630
09 AUG 2014 PM 8 L



Federal Court Building
Honorable Judge Mensah
111 S. 10th st.
St. Louis, MO. 63102

63102112599