Judge Mensah,

It is my understanding that I am to be brought to Court, on November 12, regarding my mental health. If you will allow me, I would like to give you the background regarding how & why the State is referring me for an evaluation.

As you already know, I fired Chad Oliver from representing me, back in April, 2014. I wrote letters to your honor, the Circuit Court, and the MO Bar Association detailing the conflict of interest. I have not spoken to or heard from Mr Oliver since the Ex-Parte Hearing in front of your honor.

The Circuit Court did not address the matter, and since I have been in custody this whole time, I have no control over it; all I could do was wait for the Circuit Court. In the mean time, no actions were taken by Mr. Oliver to investigate the case, depose witnesses, or prepare for trial. I was not notified by the Circuit Court, or Mr. Oliver that a trial date had been set.

On October 17, 2014, I was taken from Federal Custody, on a State Writ, and on October 20, 2014 was told that I was starting Trial that day. Mr. Oliver did not even bother to see me at the City Jail, to inform me of this, or even discuss the case. In fact, the first time I saw him or spoke to him, after we appeared before your honor, was in the Circuit Court on the day of Trial.

To his credit, Mr. Oliver made it perfectly clear, to the Circuit Court, that we had not talked in 6 months and he was in no way prepared to represent

me or provide an effective defense. At several points during the Evidentiary Hearing (which was held the same day) Mr. Oliver asked for a continuance, and made it clear that he wasn't prepared.

I informed the Circuit Court that the attorney-client relationship between Mr. Oliver and myself was beyond repair, and that I was not notified of a trial date, and asked for a continuance to get new counsel. I was denied, and told that I had to represent myself or proceed with Mr. Oliver, but either way I was going to trial that day.

The following day I requested a change of Judge and Venue, since it was clear that I was not going to get a fair trial with effective counsel. Mr. Oliver does not have an interest in defending me, especially in light of his previous conduct. And even after Mr. Oliver and myself made it clear that I would not get a proper defense, with him as my lawyer, the Circuit Court was forcing me to Trial anyway.

Under these conditions I told Mr. Oliver that there was no need to put forth a defense, since he was not prepared anyway. I told him that it was not a trial, but an execution; and I would just have to deal with it on Appeal, since the Circuit Court was punishing me for his misconduct. (He had no excuse for: not being prepared; not deposing witnesses; not locating and presenting witnesses for the defense, or providing exculpatory evidence.)

It was after this discussion that Mr. Oliver asked

for the Circuit Court to order a mental evaluation. It was not my request, and I do not make any claim to be mentally incompetent. I do make claim to violations of my "due process" rights by the State Court. If there is anything that can be done, I would ask for relief from whomever can give it.

I do not know why the Circuit Court would deny me a fair and impartial trial, but it is clear that the Prosecution has an undue influence over the proceedings, and that is why I requested a change of Venue & Judge. I should not be punished for Mr. Oliver's conduct.

I would like to apologize to the Court and your Honor for any inconvenience. Thank you for your time, and any assistance if there is any that can be given.

Respectfully,

November 4, 2014

Todd Scott
200 S. Tucker
St. Louis, MO.
63102

Todd Scott
200 S. Tucker
St. Louis, MO
63103

ST LOUIS
MO 630
14 NOV '14
PM 5 L

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.48⁰
02 1M
0004252426   NOV 14 2014
MAILED FROM ZIP CODE 63103

RECEIVED
NOV 17 2014
BY MAIL

63102$i125