UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:14 CR 93 SNLJ (SPM) |
| TODD SCOTT, | ) |
| | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

In accordance with the Memorandum filed herein,

**IT IS HEREBY ORDERED** that the United States' Oral Motion to Strike Defendant's hearing testimony is **DENIED**.

**IT IS HEREBY RECOMMENDED** that Defendant's Motion to Suppress Evidence Obtained Through Search and Seizure at his Residence on November 11, 2013, (Doc. No. 45) be **DENIED.**

**IT IS FURTHER RECOMMENDED** that Defendant's Motion to Suppress Evidence Seized on November 12, 2013, (Doc. No. 46) be **DENIED.**

**IT IS FURTHER RECOMMENDED** that Defendant's Motion to Suppress Statements made on November 12, 2013, (Doc. No. 47) be **DENIED.**

**IT IS FURTHER RECOMMENDED** that Defendant's Sealed Motion to Suppress Statements made on January 23, 2014, (Doc. No. 63) be **DENIED.**

**IT IS FURTHER RECOMMENDED** that Defendant's Motion to Suppress Evidence and Statements on January 23, 2014, (Doc. No. 64) be **DENIED.**

**IT IS FINALLY RECOMMENDED** that Defendant's Sealed Motion to Dismiss Counts 8 and 9 of the Indictment (Doc. No. 89) be **DENIED.**

The parties are advised that they have **fourteen (14)** days in which to file written objections to this report and recommendation pursuant to 28 U.S.C. §636(b)(1), unless an extension of time for good cause is obtained, and that failure to file timely objections may result in a waiver of the right to appeal questions of fact.  See Thompson v. Nix, 897 F.2d 356 (8th Cir. 1990).

Trial in this case has been set on **February 11, 2015,** at **1:00 P.M.** before the Honorable Stephen N. Limbaugh, Jr.

/s/Shirley Padmore Mensah
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE


Dated this 13th day of January, 2014.