UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TODD SCOTT, )<br>)<br>Defendant. ) | Case No. 4:14CR00093 SNLJ |

## ORDER

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Shirley P. Mensah (#114), filed on January 13, 2015 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence Obtained Through Search and Seizure at his Residence on November 11, 2013, (#45); Defendant's Motion to Suppress Evidence Seized on November 12, 2013, (#46); Defendant's Motion to Suppress Statements made on November 12, 2013, (#47); Defendant's Sealed Motion to Suppress Statements made on January 23, 2014, (#63); Defendant's Motion to Suppress Evidence and Statements on January 23, 2014, (#64); and Defendant's Motion to Dismiss Counts VIII & IX, #89) are **DENIED**.

**SO ORDERED** this 29th day of January, 2015.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE